The Honorable Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ADAM YOUNG POSEY,<br><br>　　　　　　　　　　Defendant. | No. CR02-5931FDB<br><br>ORDER PERMITTING WITHDRAWAL OF COUNSEL |

TO:          The Clerk of the Court

AND TO:   Assistant United States Attorney

THIS MATTER, having come on before the undersigned Judge, upon application of defense counsel for permission to withdraw, and the Court having considered said motion,

(Proposed) ORDER PERMITTING
WITHDRAWAL OF COUNSEL - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
2100 EXCHANGE BUILDING
821 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |
| 7   |
| 8   |
| 9   |
| 10  |
| 11  |
| 12  |
| 13  |
| 14  |
| 15  |
| 16  |
| 17  |
| 18  |
| 19  |
| 20  |
| 21  |
| 22  |
| 23  |
| 24  |
| 25  |
| 26  |
| 27  |

THE COURT HAVING FOUND that counsel has fulfilled his obligation to the defendant by representing him in this matter through sentencing, it is hereby

ORDERED that Defense Counsel John Henry Browne's Motion to Withdrawal is GRANTED.

DATED this day 25th of June, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

*John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677
Law Office of John Henry Browne, P.S.
Withdrawing Attorneys
821 Second Avenue, Suite 2100
Seattle, WA  98104
206.388.0777 fax: 206.388.0780

(Proposed) ORDER PERMITTING WITHDRAWAL OF COUNSEL - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
2100 EXCHANGE BUILDING
821 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780