FILED                    LODGED
                    RECEIVED

AUG 2 2 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY

1

2

3        UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

4

5    UNITED STATES OF AMERICA,

6                    Plaintiff,                      Case No. CR02-5931FDB

7              v.                                    ORDER RE:
                                                     ALLEGATIONS OF
8    ADAM YOUNG POSEY,                               VIOLATION OF
                                                     CONDITIONS OF
9                    Defendant.                      SUPERVISION

10

11

12       THIS MATTER comes on for a detention hearing after an initial hearing on the Petition of the
         United States Probation Office alleging that the defendant has violated the conditions of
13       supervision.

14       The plaintiff appears through Assistant United States Attorney, Greg Gruber.

15       The defendant appears personally and represented by counsel, Paula Olson.

16       The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of
         supervision, and the defendant has been advised of the allegation(s).

17
         The court finds probable cause with regard to the allegation(s) and schedules a hearing on the
18       petition before Judge Franklin D. Burgess on September 6, 2007, at 9:00am.

19        IT IS ORDERED that the defendant be detained until Monday, August 27, 2007, at 8:00am, at
      which time he will be released from federal custody to begin drug treatment as directed by US
20    Probation.

21        The clerks shall direct copies of this order to counsel for the United States, to counsel for the
      defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services
22    Office.

23                                      August 22, 2007.

24

25                                      Karen L. Strombom, U.S. Magistrate Judge

26

27

28

ORDER
Page - 1